IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 29 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00220-BNB

JEFF WILLIAMSON,

Plaintiff,

v.

Robert Swan Mueller, III, *et al.*,

Defendants.

---

Civil Action No. 06-cv-00313-BNB

JEFF WILLIAMSON,

Plaintiff,

v.

George H. Bush, *et al.*,

Defendants.

## ORDER

The plaintiff initiated the above-captioned civil rights cases on February 8, 2006, and February 23, 2006, respectively. Since filing the cases, the plaintiff has telephoned my chambers numerous times. Most of the calls are made during the middle of the night. Consequently, the plaintiff leaves lengthy messages on the chamber's voice mail box. These messages include[1] two messages on March 4, 2006; four messages on March 5, 2006 (which filled up the voice mail box

---

[1] This list is not comprehensive.

over the weekend so that no other callers could leave a message); one message on March 12, 2006; one message on March 14, 2006; one message on March 15, 2006; two messages on March 17, 2006; one message on March 22, 2006; two messages on March 24, 2006; one message on March 26, 2006; and one message on March 27, 2006.

The calls are directed to me and cover a plethora of subjects which purportedly relate to the plaintiff's cases. For example, on March 27, 2006, the plaintiff left me a message wherein he stated that he was being stalked at Kinkos, and that "if anything happens, this mess will be in your lap."

In addition, the plaintiff has called my chambers during working hours on several occasions. My staff has repeatedly told the plaintiff that all requests for relief must be submitted in writing and that it is not appropriate to call chambers. Nevertheless, the plaintiff continues to call. The plaintiff's calls unnecessarily consume staff time and Court resources. Accordingly,

IT IS ORDERED that the plaintiff shall cease making telephone calls to chambers. All requests for relief must be submitted in writing in accordance with Rule 7(b) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that failure to comply with this Order may result in the imposition of sanctions, including dismissal of the above-captioned cases.

Dated March 29, 2006.

> BY THE COURT:
>
> s/ Boyd N. Boland
> United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 06-cv-00313-BNB
Civil Action No. 06-cv-00220-BNB

Jeff H. Williamson
General Delivery
951 20th St.
Denver, CO 80202

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on ___3-29-06___

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk